UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 17-31448-KCF |
| | Chapter: 7 |
| Richard D. Zeller and Ellen M. Zeller | Judge:   Kathryn C. Ferguson |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> Clerk, US Bankruptcy Court
> Clarkson S. Fisher U. S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Kathryn C. Ferguson on January 16, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 2. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
|---|---|---|
| 1 | 5 Saint Georges Road, East Brunswick, NJ  08816-4626 | $378,788.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
|---|---|---|---|
| 1 | Single-family home 5 Saint Georges Rd, East Brunswick, NJ - 08816-4626 Middlesex County | 1st mort.---SLS<br>Liens- Township of E. Brunswick, NJ | $454,925.14<br>$7,162.47 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
|---|---|---|
| 1 | Single-family home 5 Saint Georges Rd,  East Brunswick, NJ - 08816-4626 Middlesex County | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:            /s/ John W. Hargrave

Address:        117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:  (856) 547-6500

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                Case No. 17-31448-KCF
Richard D. Zeller                                                     Chapter 7
Ellen M. Zeller
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Dec 13, 2017
                              Form ID: pdf905             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb         Richard D. Zeller,    Ellen M. Zeller,    5 Saint Georges Rd,    East Brunswick, NJ 08816-4626
517136231      Anesthesia Consultants New Jersey,    P.O. Box 416441,    Boston, MA 02241-6441
517136232      Anesthesia Consultants of NJ Inc.,    PO Box 416441,    Boston, MA 02241-6441
517136233      Arrow Fin. Svcs A/P/O Creditmax,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Dr Ste 201,
                Parsippany, NJ 07054-4609
517136234      Arrow Financial Services LLC, A/A/O HSBC,    c/o Fein, Such, Kahn & Shepard, PC,
                7 Century Dr Ste 201,    Parsippany, NJ 07054-4609
517136235      Arrow Financial Services LLC, A/A/OWashi,    c/o Fein, Such, Kahn & Shepard, PC,
                7 Century Dr Ste 201,    Parsippany, NJ 07054-4609
517136236      Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
517136237      Caine & Weiner,    15025 Oxnard St Ste 100,    Van Nuys, CA 91411-2640
517136240     +Central Jersey Surgical Spc, PA,    78 Easton Avenue, 3rd Floor,    New Brunswick, NJ 08901-1885
517136242      Computer Credit, Inc.,    P.O. Box 5238 640 West Fourth Street,    Winston-Salem, MA 27113-5238
517136244      Credit Plus Collection Services,    2491 Paxton St,    Harrisburg, PA 17111-1036
517136245      Creditmax,    c/o Fein, Such, Kahn & Shephard,    7 Century Dr Ste 201,
                Parsippany, NJ 07054-4609
517136246      Digestive Health,    465 Cranbury Rd Ste 102,    East Brunswick, NJ 08816-7600
517136247      Dr. Agrin & Dr. Shulman,    78 Easton Ave,    New Brunswick, NJ 08901-1885
517136248      Excell Clinical Laboratory,    1 Ethel Rd Bldg 103,    Edison, NJ 08817-2838
517136249     +Financial Recoveries,    P.O. Box 1388,    Mt Laurel, NJ 08054-7388
517136252      I C Systems, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517136253      IC Systems Collections,    PO Box 64437,    Saint Paul, MN 55164-0437
517136255      Karel Raska MD-Modern Diag.,    PO Box 1285,    Highland Park, NJ 08904-1285
517136258      LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
517136257      Law Offices of Mitchell N. Kay, PC,    PO Box 9006,    Smithtown, NY 11787-9006
517136261      Middlesex Investment Corp.,    c/o DL Thompson Law, PC,    PO Box 679,
                Allenwood, NJ 08720-0679
517136262     +Pediatric Orthopedic Associates,    585 Cranbury Road,    East Brunswick, NJ 08816-4092
517136263     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517136264      Raritan Bay Medical Cente,    PO Box 11664,    Newark, NJ 07101-4664
517136266      Roto Rooter,    297 Rues Ln,    East Brunswick, NJ 08816-3606
517136267      Rutgers,    RWJ Medical School,    PO Box 829650,    Philadelphia, PA 19182-9650
517136268     +Rutgers RWJMG Medicine,    200 East Park Dr, Suite 100,    C/O Financial Recoveries,
                Mt. Laurell, NJ 08054-1297
517136277      SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517136272      Saint Peter’s University Hospital,    254 Easton Avenue,    Patient Accounting Office,
                New Brunswick, NJ 08901-1766
517136273      Sarath Babu, MD,    51 W Prospect St Ste 101,    East Brunswick, NJ 08816-5711
517136275     +Schachter Portnoy, LLC,    Suite 6 3490 US Route 1,    Princeton, NJ 08540-5920
517136276      Shop Rite,    380 Summerhill Rd,    Spotswood, NJ 08884-1239
517136278     +Southern Bank Emergency Physicians,    P.O. Box 37794,    Philadelphia, PA 19101-5094
517136279      St. Peter’s University Medical Center,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
517136280    ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T-Mobile,     P.O. Box 742596,    Cincinnati, OH 45274-0000)
517136281      Township Of East Brunswick,    Attn: Revenue Department,    PO Box 1081,
                East Brunswick, NJ 08816-1081
517136283      University Radiology Group, P.C.,    579A Cranbury Rd,    East Brunswick, NJ 08816-5426
517136282      University Radiology Group, P.C.,    PO Box 1075,    East Brunswick, NJ 08816-1075
517136284     +Verizon,    P.O. Box 4830,    Trenton, NJ 08650-4830
517136285      Wells Fargo Dealer Service,    MAC T9017-026,    PO Box 168048,    Irving, TX 75016-8048
517136286      Western Sky,    612 East St,    Timber Lake, SD 57656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 13 2017 23:28:48      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 13 2017 23:28:44      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517136228     +E-mail/Text: EBNProcessing@afni.com Dec 13 2017 23:28:55      AFNI, Inc.,   P.O. Box 3427,
                Bloomington, IL 61702-3427
517136230      E-mail/Text: ebn@americollect.com Dec 13 2017 23:28:54      Americollect,   1851 S Alverno Rd,
                Manitowoc, WI 54220-9208
517136229      E-mail/Text: ebn@americollect.com Dec 13 2017 23:28:54      Americollect,   PO Box 1690,
                Manitowoc, WI 54221-1690
517136239      E-mail/Text: bankruptcy@cashcall.com Dec 13 2017 23:29:25      Cash Call,   PO Box 66007,
                Anaheim, CA 92816-6007
517144230     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 13 2017 23:27:00
                Capital One Auto Finance, a division of Capital On,     AIS Portfolio Services, LP,
                P.O. Box 165028,    Irving, TX 75016-5028
517136243      E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2017 23:29:30
                Credit Collection Services,    PO Box 607,   Norwood, MA 02062-0607
```

```
District/off: 0312-3          User: admin                Page 2 of 2             Date Rcvd: Dec 13, 2017
                              Form ID: pdf905            Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517136251          E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2017 23:29:30
                    Geico Indemnity Company,   c/o Credit Collection Services,   725 Canton St,
                    Norwood, MA   02062-2679
517136254          E-mail/Text: cio.bncmail@irs.gov Dec 13 2017 23:28:16      Internal Revenue Service,
                    One Newark Center, Suite 1400,   Newark, NJ   07102
517136256          E-mail/Text: bkrpt@retrievalmasters.com Dec 13 2017 23:28:43     LabCorp,   c/o AMCA,
                    PO Box 1235,   Elmsford, NY   10523-0935
517136259          E-mail/Text: jgoley@leadersfc.com Dec 13 2017 23:28:33     Leader's Financial Company,
                    21 Commerce Dr,   Cranford, NJ   07016-3550
517136260          E-mail/Text: bknotices@totalcardinc.com Dec 13 2017 23:28:49     Merrick Bank Corporation,
                    A/A/O United National Bank c/o Total Car,   5109 S Broadband Ln,   Sioux Falls, SD   57108-2208
517136269         +E-mail/Text: rwjebn@rwjbh.org Dec 13 2017 23:29:33     RWJ,   1 Robert Wood Johnson Pl,
                    New Brunswick, NJ   08901-1969
517136270          E-mail/Text: rwjebn@rwjbh.org Dec 13 2017 23:29:33     RWJ,   PO Box 15448,
                    Newark, NJ   07192-5448
517136271         +E-mail/Text: rwjebn@rwjbh.org Dec 13 2017 23:29:33     RWJ University Hospital,
                    1 Robert Wood Johnson Pl,   New Brunswick, NJ   08901-1966
517136265         +E-mail/Text: rwjebn@rwjbh.org Dec 13 2017 23:29:33     Robert Wood Johnson University Hospita,
                    1 Robert Wood Johnson Pl,   New Brunswick, NJ   08901-1966
517136274         +E-mail/Text: bankruptcy@savit.com Dec 13 2017 23:29:35     Savit Collection Agency,
                    P.O. Box 250,   East Brunswick, NJ 08816-0250
                                                                                                TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136238    ##+Capital One,   P.O. Box 5253,   Carol Stream, IL 60197-5253
517136241    ##Collections Acquisition Co., Inc.,   3 Easton Oval Ste 210,   Columbus, OH   43219-6011
517136250    ##Freehold Primary Care,   465 Cranbury Rd,   East Brunswick, NJ   08816-7600
                                                                                    TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Joint Debtor Ellen M. Zeller simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Richard D. Zeller simonmonahan216@gmail.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com, jwh@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```