Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                        Case No.: 17–31448–KCF
                                        Chapter:  7
                                        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard D. Zeller                                  Ellen M. Zeller
   5 Saint Georges Rd                            5 Saint Georges Rd
   East Brunswick, NJ 08816–4626      East Brunswick, NJ 08816–4626

Social Security No.:
   xxx–xx–8903                                     xxx–xx–6178

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John W. Hargrave is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>February 2, 2018</u>                <u>Kathryn C. Ferguson</u>
                                                Judge, United States Bankruptcy Court