**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard D. Zeller | Social Security number or ITIN xxx–xx–8903 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Ellen M. Zeller | Social Security number or ITIN xxx–xx–6178 |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    17–31448–KCF

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard D. Zeller                                    Ellen M. Zeller

2/2/18                                    **By the court:**    Kathryn C. Ferguson
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2

United States Bankruptcy Court
District of New Jersey

In re:
Richard D. Zeller
Ellen M. Zeller
    Debtors

Case No. 17-31448-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Feb 02, 2018
                       Form ID: 318    Total Noticed: 61

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2018.

```
db/jdb         Richard D. Zeller,    Ellen M. Zeller,    5 Saint Georges Rd,    East Brunswick, NJ 08816-4626
517136231      Anesthesia Consultants New Jersey,    P.O. Box 416441,    Boston, MA 02241-6441
517136232      Anesthesia Consultants of NJ Inc.,    PO Box 416441,    Boston, MA 02241-6441
517136233      Arrow Fin. Svcs A/P/O Creditmax,    c/o Fein, Such, Kahn & Shepard, PC,    7 Century Dr Ste 201,
                 Parsippany, NJ 07054-4609
517136234      Arrow Financial Services LLC, A/A/O HSBC,    c/o Fein, Such, Kahn & Shepard, PC,
                 7 Century Dr Ste 201,    Parsippany, NJ 07054-4609
517136235      Arrow Financial Services LLC, A/A/OWashi,    c/o Fein, Such, Kahn & Shepard, PC,
                 7 Century Dr Ste 201,    Parsippany, NJ 07054-4609
517136236      Bay Area Credit Service,    PO Box 467600,    Atlanta, GA 31146-7600
517136237      Caine & Weiner,    15025 Oxnard St Ste 100,    Van Nuys, CA 91411-2640
517136240     +Central Jersey Surgical Spc, PA,    78 Easton Avenue, 3rd Floor,    New Brunswick, NJ 08901-1885
517136242      Computer Credit, Inc.,    P.O. Box 5238 640 West Fourth Street,    Winston-Salem, MA 27113-5238
517136244      Credit Plus Collection Services,    2491 Paxton St,    Harrisburg, PA 17111-1036
517136245      Creditmax,    c/o Fein, Such, Kahn & Shephard,    7 Century Dr Ste 201,
                 Parsippany, NJ 07054-4609
517136246      Digestive Health,    465 Cranbury Rd Ste 102,    East Brunswick, NJ 08816-7600
517136247      Dr. Agrin & Dr. Shulman,    78 Easton Ave,    New Brunswick, NJ 08901-1885
517136248      Excell Clinical Laboratory,    1 Ethel Rd Bldg 103,    Edison, NJ 08817-2838
517136249     +Financial Recoveries,    P.O. Box 1388,    Mt Laurel, NJ 08054-7388
517136255      Karel Raska MD-Modern Diag.,    PO Box 1285,    Highland Park, NJ 08904-1285
517136258      LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
517136257      Law Offices of Mitchell N. Kay, PC,    PO Box 9006,    Smithtown, NY 11787-9006
517136261      Middlesex Investment Corp.,    c/o DL Thompson Law, PC,    PO Box 679,
                 Allenwood, NJ 08720-0679
517136262     +Pediatric Orthopedic Associates,    585 Cranbury Road,    East Brunswick, NJ 08816-4092
517136263     +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
517136264      Raritan Bay Medical Cente,    PO Box 11664,    Newark, NJ 07101-4664
517136266      Roto Rooter,    297 Rues Ln,    East Brunswick, NJ 08816-3606
517136267      Rutgers,    RWJ Medical School,    PO Box 829650,    Philadelphia, PA 19182-9650
517136268     +Rutgers RWJMG Medicine,    200 East Park Dr, Suite 100,    C/O Financial Recoveries,
                 Mt. Laurell, NJ 08054-1297
517136277      SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
517136272      Saint Peter's University Hospital,    254 Easton Avenue,    Patient Accounting Office,
                 New Brunswick, NJ 08901-1766
517136273      Sarath Babu, MD,    51 W Prospect St Ste 101,    East Brunswick, NJ 08816-5711
517136275     +Schachter Portnoy, LLC,    Suite 6 3490 US Route 1,    Princeton, NJ 08540-5920
517136276      Shop Rite,    380 Summerhill Rd,    Spotswood, NJ 08884-1239
517136278     +Southern Bank Emergency Physicians,    P.O. Box 37794,    Philadelphia, PA 19101-5094
517136279      St. Peter's University Medical Center,    254 Easton Avenue,    New Brunswick, NJ 08901-1766
517136281      Township Of East Brunswick,    Attn: Revenue Department,    PO Box 1081,
                 East Brunswick, NJ 08816-1081
517136282      University Radiology Group, P.C.,    PO Box 1075,    East Brunswick, NJ 08816-1075
517136283      University Radiology Group, P.C.,    579A Cranbury Rd,    East Brunswick, NJ 08816-5426
517136286      Western Sky,    612 East St,    Timber Lake, SD 57656
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2018 23:28:53     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2018 23:28:48     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517136228     +EDI: AFNIRECOVERY.COM Feb 02 2018 23:03:00      AFNI, Inc.,    P.O. Box 3427,
                 Bloomington, IL 61702-3427
517136230      E-mail/Text: ebn@americollect.com Feb 02 2018 23:29:01     Americollect,    1851 S Alverno Rd,
                 Manitowoc, WI 54220-9208
517136229      E-mail/Text: ebn@americollect.com Feb 02 2018 23:29:01     Americollect,    PO Box 1690,
                 Manitowoc, WI 54221-1690
517136239      E-mail/Text: bankruptcy@cashcall.com Feb 02 2018 23:29:48     Cash Call,    PO Box 66007,
                 Anaheim, CA 92816-6007
517136238     +EDI: CAPITALONE.COM Feb 02 2018 23:04:00      Capital One,    P.O. Box 5253,
                 Carol Stream, IL 60197-5253
517144230     +EDI: AISACG.COM Feb 02 2018 23:04:00      Capital One Auto Finance, a division of Capital On,
                 AIS Portfolio Services, LP,    P.O. Box 165028,    Irving, TX 75016-5028
517136243      EDI: CCS.COM Feb 02 2018 23:03:00      Credit Collection Services,    PO Box 607,
                 Norwood, MA 02062-0607
517136251      EDI: CCS.COM Feb 02 2018 23:03:00      Geico Indemnity Company,    c/o Credit Collection Services,
                 725 Canton St,    Norwood, MA 02062-2679
517136252      EDI: IIC9.COM Feb 02 2018 23:04:00      I C Systems, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517136253      EDI: IIC9.COM Feb 02 2018 23:04:00      IC Systems Collections,    PO Box 64437,
                 Saint Paul, MN 55164-0437
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 02, 2018
                              Form ID: 318             Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517136254       EDI: IRS.COM Feb 02 2018 23:04:00      Internal Revenue Service,   One Newark Center, Suite 1400,
                 Newark, NJ   07102
517136256       EDI: RMCB.COM Feb 02 2018 23:03:00      LabCorp,   c/o AMCA,   PO Box 1235,
                 Elmsford, NY   10523-0935
517136259       E-mail/Text: jgoley@leadersfc.com Feb 02 2018 23:28:32      Leader's Financial Company,
                 21 Commerce Dr,    Cranford, NJ   07016-3550
517136260       EDI: TCISOLUTIONS.COM Feb 02 2018 23:04:00      Merrick Bank Corporation,
                 A/A/O United National Bank c/o Total Car,   5109 S Broadband Ln,   Sioux Falls, SD   57108-2208
517136269      +E-mail/Text: rwjebn@rwjbh.org Feb 02 2018 23:29:57      RWJ,   1 Robert Wood Johnson Pl,
                 New Brunswick, NJ 08901-1969
517136270       E-mail/Text: rwjebn@rwjbh.org Feb 02 2018 23:29:57      RWJ,   PO Box 15448,
                 Newark, NJ   07192-5448
517136271      +E-mail/Text: rwjebn@rwjbh.org Feb 02 2018 23:29:57      RWJ University Hospital,
                 1 Robert Wood Johnson Pl,   New Brunswick, NJ 08901-1966
517136265      +E-mail/Text: rwjebn@rwjbh.org Feb 02 2018 23:29:57      Robert Wood Johnson University Hospita,
                 1 Robert Wood Johnson Pl,   New Brunswick, NJ 08901-1966
517136274      +E-mail/Text: bankruptcy@savit.com Feb 02 2018 23:30:00      Savit Collection Agency,
                 P.O. Box 250,   East Brunswick, NJ 08816-0250
517136280       EDI: AISTMBL.COM Feb 02 2018 23:03:00      T-Mobile,   P.O. Box 742596,
                 Cincinnati, OH   45274-0000
517136284      +EDI: VERIZONCOMB.COM Feb 02 2018 23:05:00      Verizon,   P.O. Box 4830,
                 Trenton, NJ   08650-4830
517136285       EDI: WFFC.COM Feb 02 2018 23:04:00      Wells Fargo Dealer Service,   MAC T9017-026,
                 PO Box 168048,   Irving, TX   75016-8048
                                                                                               TOTAL: 24

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517136241     ##Collections Acquisition Co., Inc.,    3 Easton Oval Ste 210,   Columbus, OH   43219-6011
517136250     ##Freehold Primary Care,   465 Cranbury Rd,   East Brunswick, NJ   08816-7600
                                                                                    TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Frederick J. Simon    on behalf of Joint Debtor Ellen M. Zeller simonmonahan216@gmail.com
              Frederick J. Simon    on behalf of Debtor Richard D. Zeller simonmonahan216@gmail.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jwh@trustesolutions.net
              John W. Hargrave    trustee@hargravelaw.com,    jwh@trustesolutions.net
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of  CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-26
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```